IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,                         No. CIV.S-05-1052 MCE DAD PS

      Plaintiff,

   v.                                          <u>ORDER</u>

COUNTY OF YOLO, et al.,

      Defendants.
_____/

      By findings and recommendations filed July 5, 2005, the undersigned recommended that this action be dismissed without prejudice. Plaintiff filed written objections to those findings and recommendations, but by order filed November 5, 2005, the assigned district judge adopted them in full and dismissed this case. Judgment was entered in accordance with that order on the same day.

      Earlier this year plaintiff filed a request which the undersigned construed as a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b)(6). The undersigned recommended that the motion be denied. Plaintiff filed written objections to that

1

recommendation, but the findings and recommendations was adopted by the assigned district judge by order filed June 1, 2006.

Since the entry of judgment in this case almost two years ago, and even after the denial of plaintiff's Rule 60 motion, plaintiff has filed a number of documents seeking to file an amended complaint and at least one inquiry as to the status of this action. (See Doc. nos. 15, 16, 18 & 20.)  Because this case is closed, and in light of the denial of the Rule 60 motion, plaintiff's most recent submissions will be placed in the court file and will not be further responded to by the court.  Plaintiff is advised that no further orders will issue in response to any document submitted for filing in this case in the future unless the document is one appropriately filed in a closed case pursuant to an applicable federal rule.

DATED: October 18, 2006.

---
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1/orders.prose/sherman1052.58

2